IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:22CR 25 |
| | § | Judge Jordan |
| JONATHAN KYLE BAUER | § | |
| a.k.a. "Jonathan Kyle Wingate" | § | |

**FILED**

FEB 9 – 2022

Clerk, U.S. District Court
Texas Eastern

## <u>INDICTMENT</u>

THE UNITED STATES GRAND JURY CHARGES:

## <u>Count One</u>

> Violation: 21 U.S.C. § 846 and 18
> U.S.C. § 2 (Conspiracy to Possess with
> the Intent to Distribute Marijuana and
> Aiding and Abetting)

That from sometime in or about January 2010, and continuously thereafter up to and including the date of this indictment, in the Eastern District of Texas and elsewhere, **Jonathan Kyle Bauer a.k.a. "Jonathan Kyle Wingate",** defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

**Count Two**

Violation: 18 U.S.C. §§ 1956(h) and 2
(Conspiracy to Commit Money
Laundering and Aiding and Abetting)

That from sometime in or about January 2010, and continuously thereafter up to and including the date of this indictment, **Jonathan Kyle Bauer, a.k.a. "Jonathan Kyle Wingate",** defendant, did knowingly combine, conspire, and agree with other persons known and unknown to the grand jury to conduct or attempt to conduct financial transactions:

1.      knowing that the property involved in a financial transaction(s) represented the proceeds of some form of unlawful activity, conducted or attempted to conduct a financial transaction which in fact involved the proceeds of a specified unlawful activity, conspiracy or distribution or possession with the intent to distribute a controlled substance(s) with the intent to promote the carrying on a specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(A)(i);

2.      knowing that the property involved in a financial transaction or transactions represented the proceeds of some form of unlawful activity, conducted or attempted to conduct a financial transaction which in fact involved the proceeds of a specified unlawful activity, conspiracy or distribution or possession with the intent to distribute a controlled substance(s) knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of that specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(B)(i);

3.      promoting the carrying on of a specified unlawful activity; or, to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity, conduct or attempt to conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity; that is, conspiracy or distribution or possession with the intent to distribute a controlled substance(s), or property used to conduct or facilitate specified unlawful activity in violation of 18 U.S.C. § 1956(a)(3);

4.      involving criminally derived property of a value greater than $10,000 that is derived from a specified unlawful activity; that is, conspiracy or distribution or possession with the intent to distribute a controlled substance(s) in violation of 18 U.S.C. § 1957.

All in violation of 18 U.S.C. § 1956(h).

## **NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**

### Criminal Forfeiture Pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982

As a result of committing the offenses charged in this Indictment, the defendant shall forfeit to the United States any property they may have used or intended to be used to commit or facilitate the offenses and/or property derived from proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 846 and  proceeds and property involved in violations of 18 U.S.C. § 1956(h), including but not limited to the following:

**REAL PROPERTY**

a.      All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 14594 S. Ponderosa Way Grass Valley, CA 95949, owned by Joseph Bauer**,** more fully described as follows:  The land described herein is situated in the State of California, County of Nevada, City of Grass Valley, PTN PCL 2 PM 12/155  Tax ID: 053-210-019.

b.      All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 12421 Silver Springs Place Grass Valley, CA 95949, owned by Pine Needle LLC, **Jonathan Kyle Bauer a.k.a. "Jonathan Kyle Wingate",** hereafter ("**Bauer**")**,** more fully described as follows:  PCL 1 PM 16/91 Tax ID: 055-050-057.

c.      All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 14799 Dove Road Grass Valley, CA 95949, owned by Joseph Bauer, more fully described as follows:  LOT 16, OF FLYING "R" RANCH, AS SHOWN ON THE OFFICIAL MAP THEREOF, FILED IN THE OFFICE OF THE NEVADA COUNTY RECORDER ON NOVEMBER 27, 1979 IN BOOK 6 OF MAPS AT PAGE 30. Tax ID: 002-670-008.

d.      All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 14783 Arrow Road Penn Valley, CA 95946, owned by Pine Needle LLC, **Bauer,** as more fully described as follows: real property in the City of unincorporated area County of NEVADA, State of California:

Lot 4 of Arrow Glen, as shown on the Official Map thereof, filed April 13, 1987, in Book

7 of Subdivision Maps, at Page 79, Nevada County Records. TOGETHER WITH all

easements and rights as granted to Czyrna Williams, deed Recorded September 19,1990,

as Instrument No. 90-30320, Tax ID: 002-590-023.

      e.     All that lot or parcel of land, together with buildings, improvements,

fixtures, attachments and easements located at 19163 Oak Tree Nevada City, CA 95959,

owned by Pine Needle LLC, **Bauer**, as more fully described as follows: THENCE

NORTH 0 DEGREE 29' EAST 636.00 FEET TO AN IRON PIPE; THENCE NORTH 88

DEGREES 51' 52" EAST, 274. 00 FEET TO AN IRON PIPE IN THE WEST LINE

OF THE SOUTHEAST 1/4 OF SECTION 4; THENCE SOUTH 0 DEGREE 29' WEST

636.00 FEET TO AN IRON PIPE; AND THE POINT OF BEGINNING.

BEGINNING AT THE NORTHEAST CORNER OF PARCEL NO. 1, DESCRIBED

ABOVE, THENCE FROM SAID NORTHEASTERLY CORNER ALONG THE

CENTERLINE OF SECTION 4 NORTH A DISTANCE OF 477.0 FEET TO A POINT

ON THE CENTERLINE OF SAID SECTION, THENCE FROM SAID POINT

PARALLEL TO THE NORTH LINE OF SAID SECTION, WEST A DISTANCE OF

274.0 FEET TO A POINT; THENCE PARALLEL TO THE CENTERLINE OF SAID

SECTION SOUTHERLY 477.0 FEET TO THE NORTHWEST CORNER OF PARCEL

NO. 1 DESCRIBED ABOVE, THENCE, EASTELRY A DISTANCE OF 274.0 FEET

TO THE NORTHEAST CORNER AND THE POINT OF BEGINNING.

ALL THAT PORTION OF THE NORTH HALF OF THE SOUTHWEST QUARTER

OF SECTION 4, TOWNSHIP 17 NORTH, RANGE 8 EAST, WITHIN THE LANDS

DESCRIBED IN THE DEED DATED FEBRUARY 28, 1964, RECORDED MARCH 3, 1964, IN BOOK 352, PAGE 459, OFFICIAL RECORDS, TO CLARENCE H. RODARMEL AND EMILY H. RODARMEL, HIS WIFE, AS JOINT TENANTS; SAID PORTION BEING MORE PARTICULARLY DESCRIBED AS LYING SOUTHERLY OF THE CENTERLINE OF THAT CERTAIN RIGHT OF WAY FOR COUNTY ROAD AS SAID COUNTY ROAD IS MORE FULLY DESCRIBED IN THE DEED DATED MARCH 1, 1955, RECORDED MARCH 23, 1955, IN BOOK 207, PAGE 55, FROM IVAN BULER ET AL TO COUNTY OF NEVADA, Tax ID: 060-390-006.

      f.     All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 13401 S Ponderosa Grass Valley, CA 95945, owned by Laura Wingate, Trustee of the Laura E. Wingate Trust, as more fully described as follows: All that real property lying within Section 31, Township 16 North, Range 8 East, M.D.B. & M., described as follows: COMMENCING AT A POINT lying upon the North line of the South half of the Northwest quarter of said Section 31, from which the Northwest corner of Lot 2 of said Section bears South 87 degrees 23' 06" West 1341.34 feet; THENCE from said POINT OF COMMENCEMENT; North 87 degrees 23' 06" East 1341.33 feet to the East sixteenth corner of the Southwest quarter of said Section 31; THENCE South 02 degrees 15' 48" East 1331.00 feet to the center quarter corner of said Section 31; THENCE North 88 degrees 03' 11" East 983.17 feet along the East West centerline of said Section 31 to the point of intersection with the West line of Lots 204 & 205 of said Section; THENCE South 34 degrees 10' 30" West 1840.22 feet along, and a prolongation of said West line to the Southwest corner of the lands described

within the Document filed In Volume 74 at Page 344 of Nevada County Official Records;

THENCE South 76 degrees 19' 10" East 114.25 feet along the South line of said

described lands to the point of Intersection with the North South centerline of said

Section 31; THENCE South 02 degrees 15' 48" East 1071.15 feet to the South quarter

corner of said Section 31; THENCE South 87 degrees 48' 56" West 1324.86 feet along

the South line of said Section 31; THENCE North 02 degrees 30' 16" West 3909.40 feet

to said POINT OF COMMENCEMENT. Said Legal Description is set forth in Lot Line

Adjustment LA07-034(2), Grant Deed, recorded December 10, 2008, Instrument No.

2008-29605, Official Records. Reserving Therefrom easements for purposes of ingress,

egress and any and all public and private utilities, sixty (60) feet In width centered over

those certain private and public roads known as Deadman's Flat Road and Idlewild Drive,

together with the right to extend roadway cut and fill slopes beyond said easement; only

as may be needed to meet prevailing County and fire safe road standards, TOGETHER

WITH easements for purposes of ingress, egress and any and all public and private

utilities, sixty (60) feet in width centered over those certain private and public roads

known as Deadman's Rat Road, Vulcan Road, Treasure Box Road, Manzanita Jungle

Road and Idlewild Drive together with the right to extend roadway cut and fill slopes

beyond. said easement, only as may be needed to meet prevailing County and fire safe

road standards. APN: 053-411-013-000, Parcel No. 3 as shown on Parcel Map 76-1, filed

May 21,1976 in the Office of the County Recorder of Nevada County, California in Book

10 of Parcel Maps, Page 103. A.P.N.: 53-400-04, 53-400-05. TOGETHER WITH

easement for ingress, egress and public utilities over the West 50 feet of Parcel 4 on Map

filed May 21,1976, in Book 10 of Parcel Maps, Page 103, as granted and set forth in deed

to Ron-Mar Construction Co., recorded November 19,1979, Book 1094, Page 271,

Official Records. ALSO TOGETHER WITH all easements as shown on the Parcel Map

for B. Maltman, being a portion of the West 1/2 of the West 1/2 of Section 32, Township

16 North, Range 8 East, M.D.B.&M., as filed in the Office of the Recorder, Nevada

County, California, on May 21,1976, in Book 10 of Maps at Page 103. The land

described herein is situated in the State of California, County of Nevada, unincorporated

area, described as follows: PARCEL ONE: A PORTION OF THE NORTH 1/2 OF THE

SOUTHWEST 1/4 OF SECTION 4, TOWNSHIP 17 NORTH, RANGE 8 EAST,

M.D.B.&M., DESCRIBED AS FOLLOWS: BEGINNING AT A POINT IN THE EAST

LINE OF SAID SOUTHWEST ONE-QUARTER FROM WHICH THE CENTER OF

SAID SECTION 4 BEARS NORTH 00 DEGREE 29' 00" EAST 227.03 FEET;

THENCE FROM SAID POINT OF BEGINNING AND ALONG SAID EAST LINE

SOUTH 00 DEGREE 29' 00" WEST 477.00 FEET THENCE LEAVING SAID EAST

LINE SOUTH 88 DEGREES 51' 52" WEST 274.00 FEET THENCE PARALLEL WITH

SAID EAST LINE NORTH 00 DEGREE 29' 00" EAST 477.00 FEET THENCE

NORTH 88 DEGREES 51' 52" EAST 274 FEET TO THE POINT OF BEGINNING.

PARCEL TWO: ALL THAT PORTION OF THE SOUTHWEST 1/4 OF SECTION 4,

TOWNSHIP 17 NORTH, RANGE 8 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER

OF THE SOUTHWEST QUARTER OF SAID SECTION 4; THENCE SOUTH 0

DEGREE 29" WEST 142.83 FEET TO A POINT IN THE NORTHERLY LINE OF

OAK TREE ROAD, COUNTY ROAD NUMBER P 40; THENCE ALONG SAID NORTHERLY LINE OF OAK TREE ROAD THE FOLLOWING FIVE COURSES, NORTH 73 DEGREES 33' 38" WEST, 86.51 FEET; THENCE ALONG A CURVE TO THE LEFT WITH A RADIUS OF 630 FEET, THROUGH AN ANGLE OF 15 DEGREES 01' 02" FOR A DISTANCE OF 165.12 FEET; THENCE NORTH 88 DEGREES 34' 40" WEST, 154.54 FEET; THENCE ALONG A CURVE TO THE RIGHT WITH A RADIUS OF 970 FEET. THROUGH AN ANGLE OF 14 DEGREES 41' 49" FOR A DISTANCE OF 248.81 FEET; THENCE NORTH 73 DEGREES 52' 51" WEST, 129.04 FEET TO A POINT IN THE NORTHERLY LINE OF THE SOUTHEAST 1/4 OF THE SOUTHWEST 1/4 OF SAID SECTION 4; THENCE NORTH 88 DEGREES 51' 52" EAST 496.67 FEET; THENCE NORTH 0 DEGREE 29', 636.00 FEET TO AN IRON PIPE; THENCE NORTH 88 DEGREES 51' 52" EAST, 274.00 FEET TO AN IRON PIPE IN THE WEST LINE OF THE SOUTHEAST QUARTER OF SECTION 4; THENCE SOUTH 0 DEGREE 29' WEST, 836.00 FEET TO AN IRON PIPE AND THE POINT OF BEGINNING.APN: 060-390-007 (Affects Parcel One), 060-390-008 (Affects a portion of Parcel Two), 060-390-009 (Affects the remainder of Parcel Two), The land described herein is situated in the State of California, County of Nevada, unincorporated area, described as follows: Parcel B, as shown on the Map filed in the Office of the County Recorder of Nevada County on November 5, 1973, in Book 6 of Parcel Maps, Page 71. TOGETHER WITH easements for ingress, egress and utility purposes as set forth in the deed to Larry G. Howe, et ux, recorded November 16,2001, Instrument, No. 2001-41494, Official Records, APN: 056-071-003-000, Lot 4

of Arrow Glen, as shown on the Official Map thereof, filed April 13,1987, in Book 7 of

Subdivision Maps, at Page 79, Nevada County Records, TOGETHER WITH all

casements and rights as granted to Czyrna Williams, in deed Recorded September

19,1990, as Instrument No. 90-30320,  APN: 002-590-023-000, Tax ID: 053-400-005-

000.

      g.     All that lot or parcel of land, together with buildings, improvements,

fixtures, attachments and easements located at 13700 Deadmans Flat Rd. Grass Valley,

CA 95949, owned by Pine Needle LLC, **Bauer**, as more fully described as follows: All

that real property lying within Section 31, Township 16 North, Range 8 East, M.D.B. &

M., described as follows: COMMENCING AT A POINT lying upon the North line of the

South half of the Northwest quarter of said Section 31, from which the Northwest corner

of Lot 2 of said Section bears South 87 degrees 23' 06" West 1341.34 feet; THENCE

from said POINT OF COMMENCEMENT; North 87 degrees 23' 06" East 1341.33 feet

to the East sixteenth corner of the Southwest quarter of said Section 31; THENCE South

02 degrees 15' 48" East 1331.00 feet to the center quarter corner of said Section 31;

THENCE North 88 degrees 03' 11" East 983.17 feet along the East West centerline of

said Section 31 to the point of intersection with the West line of Lots 204 & 205 of said

Section; THENCE South 34 degrees 10' 30" West 1840.22 feet along, and a prolongation

of said West line to the Southwest corner of the lands described within the Document

filed in Volume 74 at Page 344 of Nevada County Official Records; THENCE South 76

degrees 19' 10" East 114.25 feet along the South line of said described lands to the point

of intersection with the North-South centerline of said Section 31; THENCE South 02

degrees 15' 48" East 1071.15 feet to the South quarter corner of said Section 31;

THENCE South 87 degrees 48' 56" West 1324.86 feet along the South line of said

Section 31; THENCE North 02 degrees 30' 16" West 3909.40 feet to said POINT OF

COMMENCEMENT. Said Legal Description is set forth in Lot Line Adjustment LA07-

034 (2), Grant Deed, recorded December 10, 2003, Instrument No. 2008-29605, Official

Records. Reserving Therefrom easements for purposes of ingress, egress and any and all

public and private utilities, sixty (60) feet In width centered over those certain private and

public roads known as Deadman's Flat Road and Idlewild Drive, together with the right

to extend roadway cut and fill slopes beyond said easement only as may be needed to

meet prevailing County and fire safe road standards. TOGETHER WITH easements for

purposes of Ingress, egress and any and all public and private utilities, sixty (60) feet in

width centered over those certain private and public roads known as Deadman's Flat

Road, Vulcan Road, Treasure Box Road, Manzanita Jungle Road and Idlewild Drive,

together with the right to extend roadway cut and fill slopes beyond said easement only

as may be needed to meet prevailing County and fire safe road standards. Tax ID: 053-

411-013-000.

     h.     All that lot or parcel of land, together with buildings, improvements,

fixtures, attachments and easements located at 18357 Message Pl. Grass Valley, CA

95949, owned by Laura Wingate, Trustee of the Laura E. Wingate Trust, as more fully

described as follows: The land described herein is situated in the State of California,

County of Nevada, unincorporated area, described as follows: Parcel B, as shown on the

Map filed in the Office of the County Recorder of Nevada County on November 5, 1973,

in Book 6 of Parcel Maps, Page 71. TOGETHER WITH easements for ingress, egress
and utility purposes as set forth in the deed to Larry G. Howe, et ux, recorded November
16, 2001, Instrument No. 2001-41494, Official Records. Address: 18357 Message PL,
Grass Valley, CA, Tax ID: 056-071-003-000.

  i.  All that lot or parcel of land, together with buildings, improvements,
fixtures, attachments and easements located at 19031 Oak Tree Road Nevada City, CA
95959, owned by Lloyd Harrison, LLC, as more fully described as follows: situated in
the State of California, County of Nevada, unincorporated area, described as follows:
PARCEL ONE: A PORTION OF THE NORTH 1/2 OF THE SOUTHWEST 1/4 OF
SECTION 4, TOWNSHIP 17 NORTH, RANGE 8 EAST, M.D.B.&M.. DESCRIBED
AS FOLLOWS: BEGINNING AT A POINT IN THE EAST LINE OF SAID
SOUTHWEST ONE - QUARTER FROM WHICH THE CENTER OF SAID SECTION
4 BEARS NORTH 00 DEGREES 29' 00" EAST 227.03 FEET: THENCE FROM SAID
POINT OF BEGINNING AND ALONG SAID EAST LINE SOUTH 00 DEGREES 29'
00" WEST 477.00 FEET THENCE LEAVING SAID EAST LINE SOUTH 88
DEGREES 51' 52" WEST 274.00 FEET THENCE PARALLEL WITH SAID EAST
LINE NORTH 00 DEGREES 29' 00" EAST 477.00 FEET THENCE NORTH 88
DEGREES 61" 52" EAST 274 FEET TO THE POINT OF BEGINNING. PARCEL
TWO: ALL THAT PORTION OF THE SOUTHWEST 1/4 OF SECTION 4,
TOWNSHIP 17 NORTH, RANGE 8 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS:
BEGINNING AT THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER
OF THE SOUTHWEST QUARTER OF SAID SECTION 4; THENCE SOUTH 0

DEGREES 29' WEST 142.83 FEET TO A POINT IN THE NORTHERLY LINE OF

OAK TREE ROAD, COUNTY ROAD NUMBER P 40; THENCE ALONG SAID

NORTHERLY LINE OF OAK TREE ROAD THE FOLLOWING FIVE COURSES,

NORTH 73 DEGREES 33' 38" WEST, 86.51 FEET; THENCE ALONG A CURVE TO

THE LEFT WITH A RADIUS OF 630 FEET, THROUGH AN ANGLE OF 15

DEGREES 01' 02" FOR A DISTANCE OF 165.12 FEET; THENCE NORTH 88

DEGREES 34' 40" WEST, 154.54 FEET; THENCE ALONG A CURVE TO THE

RIGHT WITH A RADIUS OF 970 FEET, THROUGH AN ANGLE OF 14 DEGREES

41' 49" FOR A DISTANCE OF 248.81 FEET; THENCE NORTH 73 DEGREES 52' 51"

WEST. 129.04 FEET TO A POINT IN THE NORTHERLY LINE OF THE

SOUTHEAST 1/4 OF THE SOUTHWEST 1/4 OF SAID SECTION 4; THENCE

NORTH 88 DEGREES 51' 52" EAST 496.67 FEET; THENCE NORTH 0 DEGREES

29' 636.00 FEET TO AN IRON PIPE; THENCE NORTH 88 DEGREES 51' 52" EAST,

274.00 FEET TO AN IRON PIPE IN THE WEST LINE OF THE SOUTHEAST

QUARTER OF SECTION 4; THENCE SOUTH 0 DEGREES 29' WEST, 638.00 FEET

TO AN IRON PIPE AND THE POINT OF BEGINNING. Tax ID: 060-390-008-000.

j.      All that lot or parcel of land, together with buildings, improvements,

fixtures, attachments and easements located at 304 Bennett Grass Valley, CA 95945,

owned by PT Real Estate LLC, as more fully described as follows: situated in the State of

California, County of Nevada, City of Grass Valley, described as follows: All that portion

of Lot Four of Block Thirty-two of the town, now City of Grass Valley as designated on

the Official Map thereof made by S. Bethel in the year 1872, described as follows:

Commencing at the Northwest corner of said Lot Four of Block Thirty-two and thence running Easterly along the Southerly line of Bennett Street 68.6 feet to a fence; thence in a Southerly direction along fence 135.00 feet to the Southerly line of said Lot Four; thence Westerly along the Southerly side of said Lot Four, 50.00 feet to the Southwest corner of said Lot Four and thence Northerly along the Easterly side of Henderson Street 135.00 feet to the place of beginning. Excepting therefrom all the mineral, ore and metal under said property, with the right to extract the same from any depth up to 100 feet of the surface of said property without disturbing the surface thereof, as conveyed by the deed dated December 22,1916, recorded January 24,1917, in Book 124 of Deeds, at page 425, executed by King Rodrigues, et ux to Lloyd P. Larue. Tax ID: 008-422-001-000.

   k.  All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 1302 Oak Ridge Drive Colfax, CA 95713, owned by PT Real Estate LLC, as more fully described as follows: situated in the State of California, County of Placer, City of Colfax, described as follows: Lot 1, as shown on the map entitled "Oak Ridge", filed for record April 15, 1991 in Book "R" of Maps, at page 52, Placer County Records. Tax ID: 100-250-001.

   l.  All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 250 King Street Apt 468 San Francisco, CA 94107, owned by PT Real Estate LLC, as more fully described as follows: SITUATED IN THE CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS: PARCEL ONE LOT 253. UNIT 468 ("LOT"), AS SHOWN ON THAT CERTAIN CONDOMINIUM PLAN

ENTITLED "MAP OF MISSION PLACE PHASE 4, A RESIDENTIAL

CONDOMINIUM PROJECT" FILED DECEMBER 5, 2003 IN BOOK 84 OF

CONDOMINIUM MAPS, PAGES 31 THROUGH 43, INCLUSIVE, AS DOCUMENT

NO. 2003-H607402-00 IN THE OFFICIAL RECORDS ("OFFICIAL RECORD"), OF

THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA ("PLAN"),

CONSISTING OF A PORTION OF LOT 7, PARCEL 4, AS SHOWN ON A

SUBDIVISION MAP FILED ON DECEMBER 5, 2003, IN BOOK AA OF MAPS, AT

PAGES 107- 114. OF OFFICIAL RECORDS ("MAP"). EXCEPTING THEREFROM,

FOR THE BENEFIT OF MISSION PLACE LLC, A DELAWARE LIMITED

LIABILITY COMPANY (AS USED IN THIS EXHIBIT A, "GRANTOR"). AND

CATELLUS LAND AND DEVELOPMENT CORPORATION, A DELAWARE

CORPORATION, THEIR SUCCESSORS IN INTEREST AND ASSIGNEES,

EASEMENTS FOR ACCESS. INGRESS, EGRESS, ENCROACHMENT, SUPPORT,

MAINTENANCE, REPAIR, AND FOR OTHER PURPOSES. ALL AS MAY BE

SHOWN ON THE MAP AND THE PLAN, AND AS DESCRIBED IN THE

AMENDED AND RESTATED DECLARATION OF COVENANTS, CONDITIONS,

RESTRICTIONS AND RESERVATION OF EASEMENTS FOR MISSION PLACE

(RESIDENTIAL) WHICH WAS RECORDED ON DECEMBER 28, 2004, AS

DOCUMENT NO. 2004-H879167-00, IN REEL I793, IMAGE 0258. IN OFFICIAL

RECORDS, THE AMENDED AND RESTATED NOTICE OF ADDITION OF

TERRITORY AND SUPPLEMENTAL DECLARATION OF COVENANTS,

CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR

MISSION PLACE (PHASE 2), WHICH WAS RECORDED ON DECEMBER 28, 2004,

AS DOCUMENT NO. 2004-H879168-00, IN REEL I793, IMAGE 0259, AND THE

FIRST AMENDMENT TO AMENDED AND RESTATED DECLARATION OF

COVENANTS, CONDITIONS. RESTRICTIONS AND RESERVATION OF

EASEMENTS FOR MISSION PLACE (RESIDENTIAL), WHICH WAS RECORDED

ON MAY 10, 2005, AS DOCUMENT NO. 200541950954, IN OFFICIAL RECORDS

(TOGETHER WITH ANY AMENDMENTS THERETO, COLLECTIVELY, THE

"DECLARATION"): THE MASTER DECLARATION OF COVENANTS.

CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR

MISSION BAY (TOGETHER WITH ANY AMENDMENTS THERETO,

COLLECTIVELY, THE "MASTER DECLARATION"), WHICH WAS RECORDED

ON NOVEMBER 15, 2012, AS DOCUMENT NO. 2002-H291309-00, IN REEL I265,

IMAGE 0391, IN OFFICIAL RECORDS; AND THE AMENDED AND RESTATED

SUPPLEMENTAL MASTER DECLARATION OF COVENANTS, CONDITIONS,

RESTRICTIONS AND RESERVATION OF EASEMENTS FOR MISSION BAY

(MISSION PLACE, BLOCK N1, PHASE 2), (TOGETHER WITH ANY

AMENDMENTS THERETO. COLLECTIVELY, THE "SUPPLEMENTAL

DECLARATION"), WHICH WAS RECORDED ON DECEMBER 28, 2004, AS

DOCUMENT NO. 2004-H879166-00, IN REEL I793, IMAGE 0257, IN OFFICIAL

RECORDS. ALSO EXCEPTING THEREFROM, FOR THE BENEFIT OF GRANTOR,

ITS SUCCESSORS IN INTEREST AND ASSIGNEES, THE RIGHT TO ENTER THE

LOT (1) TO COMPLETE AND REPAIR ANY IMPROVEMENTS LOCATED

THEREIN AS DETERMINED NECESSARY BY GRANTOR, IN ITS SOLE
DISCRETION, (II) TO COMPLY WITH REQUIREMENTS FOR THE
RECORDATION OF THE MAP OR THE GRADING OR CONSTRUCTION OF THE
"PROPERTIES" (AS THAT TERM IS DEFINED IN THE DECLARATION), OR (III)
TO COMPLY WITH REQUIREMENTS OF APPLICABLE GOVERNMENTAL
AGENCIES, GRANTOR SHALL PROVIDE REASONABLE NOTICE TO GRANTEE
BEFORE SUCH ENTRY IF GRANTEE REFUSES TO COOPERATE WITH
GRANTOR'S EXERCISE OF THIS RIGHT, GRANTOR MAY ENFORCE THIS
RIGHT OF ENTRY IN A COURT OF LAW. GRANTEE SHALL HE RESPONSIBLE
FOR ALL DAMAGES ARISING OUT OF SUCH REFUSAL TO COOPERATE,
INCLUDING ATTORNEYS' FEES AND COURT COSTS. THE TERM OF THIS
RESERVATION OF RIGHT OF ENTRY SHALL AUTOMATICALLY EXPIRE TEN
(10) YEARS AFTER THE LAST CLOSE OF ESCROW (AS THAT TERM IS
DEFINED IN THE DECLARATION) FOR THE SALE OF A CONDOMINIUM (AS
THAT TERM IS DEFINED IN THE DECLARATION) IN THE PROPERTIES
FURTHER EXCEPTING THEREFROM, FOR THE BENEFIT OF GRANTOR, ITS
SUCCESSORS AND ASSIGNS, TOGETHER WITH THE RIGHT TO GRANT AND
TRANSFER ALL OR A PORTION OF THE SAME, THE RIGHT TO PLACE ON,
UNDER OR ACROSS THE LOT. "TELECOMMUNICATIONS FACILITIES (AS
THAT TERM IS DEFINED IN THE MASTER DECLARATION) FOR THE
PROVISION OF TELECOMMUNICATIONS SERVICES (AS THAT TERM IS
DEFINED IN THE MASTER DECLARATION) TO THE PROPERTIES, AND

Indictment/Notice of Penalty – Page 17

THEREAFTER TO OWN AND CONVEY SUCH TELECOMMUNICATIONS
FACILITIES, AND THE RIGHT TO ENTER UPON THE PROPERTIES TO
SERVICE, MAINTAIN, OPERATE, REPAIR, RECONSTRUCT AND REPLACE THE
TELECOMMUNICATIONS FACILITIES; PROVIDED, HOWEVER, THAT THE
EXERCISE OF SUCH RIGHTS SHALL NOT UNREASONABLY INTERFERE WITH
GRANTEE'S REASONABLE USE AND ENJOYMENT OF THE LOT PARCEL TWO
AN UNDIVIDED ONE-SIXTY-FIFTH (1/65TH) FEE SIMPLE INTEREST AS
TENANT IN COMMON IN AND TO THE COMMON AREA (PHASE 4) SHOWN ON
THE PLAN AND DEFINED AND FURTHER DESCRIBED IN THE DECLARATION.
PARCEL THREE NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS,
EGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT,
MAINTENANCE, REPAIRS, AND OTHER PURPOSES, ALL AS SHOWN IN THE
PLAN, AND THE MAP, AND AS DESCRIBED IN THE DECLARATION, MUTUAL
BENEFIT AGREEMENT BETWEEN JOINT OWNERS OF BUILDING (MISSION
BAY MIXED USE RESIDENTIAL/COMMERCIAL) BLOCK N1, RECORDED ON
DECEMBER 5, 2003, AS DOCUMENT NO. 2003-H607094-00, IN REEL I527,
IMAGE 269, AS AMENDED BY FIRST AMENDMENT THERETO RECORDED
DECEMBER 27, 2004, AS DOCUMENT NO. 2004-H878610-00, IN REEL I792,
IMAGE 069, THE AMENDED AND RESTATED SUPPLEMENTAL MASTER
DECLARATION OF COVENANTS, CONDITIONS. RESTRICTIONS AND
RESERVATION OF EASEMENTS FOR MISSION BAY COMMERCIAL (MISSION
PLACE BLOCK N1),

RECORDED ON DECEMBER 27, 2004, AS DOCUMENT NO. 2004-H878609-00, IN REEL I792, IMAGE 068. THE ADDENDUM TO SUPPLEMENTAL MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR MISSION BAY COMMERCIAL (MISSION PLACE, BLOCK NL). RECORDED ON APRIL 6, 2004, AS DOCUMENT NO. 2004-H691507-00, IN REEL I610, IMAGE 027, THE MASTER DECLARATION AND THE SUPPLEMENTAL DECLARATION, ALL IN OFFICIAL RECORDS PARCEL FOUR (UNITS WITH EXCLUSIVE USE AREAS ONLY): EXCLUSIVE EASEMENTS APPURTENANT TO PARCELS ONE AND TWO DESCRIBED ABOVE, FOR USE AND OCCUPANCY OF A PATIO OR BALCONY, AS APPLICABLE, IN, TO AND OVER THAT AREA DEFINED AS EXCLUSIVE USE AREAS IN THE DECLARATION, AS DESCRIBED AND ASSIGNED IN THE PLAN. Tax ID: 8702-253.

**VEHICLES**

a.      2018 Ford, license plate number K368B0, VIN# FTFW1RG4JFA06896, owned by **Bauer**.

b.      2016 Ferrari, license plate number 8WRF888, VIN# ZFF777XJA6G0215727, owned by **Bauer.**

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____

GRAND JURY FOREPERSON


BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____

HEATHER RATTAN
Assistant United States Attorney

_____
Date      2/9/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:22CR |
| | § | Judge |
| JONATHAN KYLE BAUER | § | |
| a.k.a. "Jonathan Kyle Wingate Bauer" | § | |

## NOTICE OF PENALTY

### Count One

Violation:  21 U.S.C. § 846

Penalty:  If 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

### Count Two

Violation:  18 U.S.C. § 1956(h)

Penalty:  Not more than 20 years imprisonment; a fine not to exceed $250,000 or twice the pecuniary gain or loss, and a term of supervised release of not more than 3 years if the conspiracy is to violate 18 U.S.C. § 1956(a)(1)(A)(i) or (a)(1)(B)(i).

Not more than 10 years imprisonment; a fine not to exceed $250,000 or twice the pecuniary gain or loss, and a term of supervised release of not more than 3 years if the conspiracy is to violate 18 U.S.C. § 1957.

Special Assessment: $100.00